Nov. Term, 1849.

Boyd
v.
Holmes.

--------

Boyd *v.* Holmes and Another.—In error.

DEBT brought by *Boyd*, as the assignee of a title-bond, against the obligors *Alexander* and *George Holmes*. Demurrer to the declaration, and judgment for the defendants.

The declaration states the following facts: The bond was payable to *Delavan Martin* and *Francis F. Jewitt*. One of the obligees, *Jewitt*, assigned his interest in the bond to *Alphonso Martin*. The bond was afterwards assigned by *Alphonso Martin* and *Delavan Martin* to the plaintiff.

The only question is, whether one of two obligees of a bond can assign his interest separately, so that his assignee and the other obligee will be the legal holders of the bond.

We do not think that such an assignment is authorized by the statute.

The judgment is affirmed with costs.